**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Central District Of California

In re Pamela Ridley,
    Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Ashford Stud/ Creekview Farm<br>PO Box 823<br>Versailles, KY 40383 | 859-873-7088 | Stud Fee | | 34,000.00 |
| Domino Stud<br>PO Box 11763<br>Lexington, KY 40577 | 859-293-1436 | Horse Boarding | | 10,607.95 |
| Darley Stud Management<br>3333 Bowman Mill Road<br>Lexington, KY 40513 | 859-255-8537 | Stud Fee | | 15,900.00 |
| Hagyard Equine Medical<br>4250 Iron Works Pike<br>Lexington, KY 40511 | 859-255-8741 | Veterinary Services | | 20,849.63 |
| Richland Hills<br>PO Box 4485<br>3110 Old Frankfort Pike<br>Midway, KY 40347 | Fax 859-846-5645 | Stud Fee | | 10,750.00 |
| Rood & Riddle Equine Equine Hospital<br>PO Box 12070<br>Lexington, KY 40580 | 859-233-0371 | Veterinary Services | | 12,492.99 |
| Spooky Hollow Racing<br>4904 Ironworks Road<br>Georgetown, KY 40324 | | Horse Boarding | | 38,024.01 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | |
|---|---|---|---:|
| Equine Internal Medicine Consulting<br>4904 Iron Works Road<br>Georgetown, KY 40324 | | Veterinary Services | 11,377.38 |
| Taylor Made Sales Agency, Inc.<br>2765 Union Mill Road<br>Nicholasville, KY 40365 | 859-855-3345 | RNA Fees | 10,053.96 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 74977492128707 | Credit Line | 67,222.73 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 4313070088621344 | Revolving Acct | 13,198.43 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 5490994101051381 | Revolving Acct | 6,128.56 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct 4800113030931898 | Credit Card | 13,540.84 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 5200011157085469 | Credit Card | 58,675.20 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 4313070088595498 | Credit Card | 9,819.85 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | Acct. 4800113065237666 | Credit Card | 17,900.51 |
| Chase Bank, NA<br>PO Box 94014<br>Palatine, IL 60094-4014 | Acct. 4185645000577610 | Credit Card | 8,943.18 |
| Chase Bank, NA<br>PO Box 94014<br>Palatine, IL 60094-4014 | Acct. 4226964100798138 | Credit Card | 10,830.10 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Acct. 6011000700799871 | Credit Card | 6,473.56 |
| Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117 | Acct. 6035320056320979 | Credit Card | 7,865.71 |

Date: 10/7/09

/s/ Pamela Ridley

Debtor
Pamela Ridley

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com