Pam Ridley
28860 Selfridge Drive
Malibu, CA 90265

Kirk Laron
123 N. Lake Ave Suite 200
Pasadena, CA 91101

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Airdie Stud
Old Frankfort Pike
PO Box 487
Midway, KY  40347


Ashford Stud/Creekview Farm
PO Box 823
Versailles, KY  40383


Bank of America
PO Box 26078
Greensboro, NC  27420


Brook Ledge Inc.
PO Box 56
Oley, PA  19547


Carroll-Butler Veterinary Asso
304 Racetrack St.
Ranson, WV  25438


Chase Bank, NA
PO Box 94014
Palatine, IL  60094


Citi Mortgage
1000 Technology Drive MS 314
OFALLON, MO 63368


Crossroads Sales Agency
6620 Harrodsburg Road
Nicholasville, KY  40356

Darley Stud Management
3333 Bowman Mill Road
Lexington, KY  40513


Department of the Treasury
Internal Revenue Service
Fresno, CA  93888


Discover Financial Serivces
PO Box 6103
Carol Stream, IL  60197


Domino Stud
PO Box 11763
Lexington, KY  40577


Entrust Administration
2476 Overland Suite 203
Los Angeles, CA  90064


Equine Internal Medicine
Consulting
4904 Ironworks Road
Georgetown, KY  40324


Fifth Third Bank
250 W. Main Street, St. 100
Lexington, KY  40507


Gursey Schneder LLP
1888 Century Park East
Suite 900
Los Angeles, CA  90067

Hagyard Equine Medical
4250 Iron Works Pike
Lexington, KY  40511

Harris Farms
27366 W. Oakland Ave.
Coalinga, CA  93210

Harrison Veterinary Clinic
PO Box 9
Cynthiana, KY  41013

Henry Watson III
525 High Street, Suite 328
Paris, KY  40361

HomeDepot
PO Box 6497
Sioux Falls, SD  57117

HSBC Retail Services
PO Box 5253
Carol Stream, IL  60197

Law Office of Brian M. Moore
23501 Park Sorrento, Suite 104
Calabasas, CA  91302

Los Angeles County
Tax Collector
P.O. Box 54018
Los Angeles, CA  90054

Lowes
PO Box 530914
Atlanta, GA  30353

Nelnet Loan Servicing INC.
PO Box 17460
Denver, CO  80217

Richland Hills
PO Box 4485
Midway, KY  40347

Rood & Riddle Equine
Equine Hospital
PO Box 12070
Lexington, KY  40580

Ruel Cowles, DVM PLLC
PO Box 11873
Lexington, KY  40578

Sallee Horse Van, Inc.
PO Box 13338
Lexington, KY  40583

Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773

Spooky Hollows Racing
4904 Ironworks Road
Georgetown, KY  40324

Taylor Made Sales Agency Inc.
2765 Union Mill Road
Nicholasville, KY  40356

Vessels Stallion Farm LLC
5772 Camino Del Rey
Bonsall, CA  92003

Western Fidelity Trustees
1222 Crenshaw Blvd Suite B
Torrance, CA 90501

Specialized Loan Services
PO Box 105219
Atlanta, GA 30348-5219