# EXHIBIT 1

Page 19

**This page is part of your document - DO NOT DISCARD**



**20081464385**  Pages: 007

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/14/08 AT 08:00AM**

Fee: 39.00
Tax: 0.00
Other: 0.00
Total: 39.00

Title Company

**TITLE(S):** _____

L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.

Number of AIN's Shown

    **THIS FORM IS NOT TO BE DUPLICATED**

LOS ANGELES, CA  Document:TD 2008.1464385

Printed on:12/22/2009 4:59:52 PM

Page:1 of 7

*Page 20*

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:

NAME: Entrust Administration, Inc.
ADDRESS: FBO 00392
CITY/STATE: 555 12th Street Ste. 1250
Oakland, CA 94607

Title Order No. 3103578
Escrow No. 2264-SF
Assessor's Parcel No. 4466-018-006
Date August 7, 2008

08/14/08



20081464385

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust is made this Seventh day of August, 2008 between

**Pamela Miller Ridley, an unmarried woman**, herein called TRUSTOR,

whose address is 28860 Selfridge Drive, Malibu, CA. 94607,

**Danco, Inc., a California Corp.**, a California Corporation, herein called TRUSTEE, and

**Entrust Administration, Inc. FBO 00392** herein called BENEFICIARY.

**Witnesseth:** Trustor **IRREVOCABLY GRANTS, TRANSFERS, AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE,** that property in Los Angeles County, CA., described as:

Legal description is attached hereto and by this reference made a part hereof as Exhibit "A".

This Deed of Trust is given and accepted upon the express provision that should the property hereinbefore described, or any part thereof, be conveyed or alienated by Trustor, either voluntarily or by operation of law, without Beneficiary's written consent, then all sums secured hereby shall, at Beneficiary's option, become immediately due and payable.

INITIALS: _____ _____ _____

_____ _____ _____

**CONTINUED ON PAGE 2**

SSSI 330A REV. 1/08 (Port 28)
Page 1 of 3

3

# SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

Page 2

Title Order No. 3103578
Assessor's Parcel No. 4466-018-006

Escrow No. 2264-SF
Date August 7, 2008

**TOGETHER WITH** the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of **$500,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**To Protect the Security of this Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961 in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Imperial | 1091 | 501 | Modoc | 184 | 851 | San Francisco | A332 | 905 | Solano | 1105 | 182 |
| Alpine | 1 | 250 | Inyo | 147 | 598 | Mono | 52 | 429 | San Joaquin | 2470 | 311 | Sonoma | 1851 | 689 |
| Amador | 104 | 348 | Kern | 3427 | 60 | Monterey | 2194 | 538 | San Luis Obispo | 1151 | 12 | Stanislaus | 1715 | 456 |
| Butte | 1145 | 1 | Kings | 792 | 833 | Napa | 639 | 86 | San Mateo | 4078 | 420 | Sutter | 572 | 297 |
| Calaveras | 145 | 152 | Lake | 362 | 39 | Nevada | 305 | 320 | Santa Barbara | 1878 | 860 | Tehama | 401 | 289 |
| Colusa | 296 | 617 | Lassen | 171 | 471 | Orange | 5889 | 611 | Santa Clara | 5336 | 341 | Trinity | 93 | 366 |
| Contra Costa | 3978 | 47 | Los Angeles | T2055 | 899 | Placer | 895 | 301 | Santa Cruz | 1431 | 494 | Tulare | 2294 | 275 |
| Del Norte | 78 | 414 | Madera | 810 | 170 | Plumas | 151 | 5 | Shasta | 684 | 528 | Tuolumne | 135 | 47 |
| El Dorado | 568 | 456 | Marin | 1508 | 339 | Riverside | 3005 | 523 | San Diego | Series 2 Book | | Ventura | 2062 | 386 |
| Fresno | 4626 | 572 | Mariposa | 77 | 292 | Sacramento | 4331 | 62 | | 1961, Page 183887 | | Yolo | 653 | 245 |
| Glenn | 422 | 184 | Mendocino | 579 | 530 | San Benito | 271 | 383 | Sierra | 29 | 335 | Yuba | 334 | 486 |
| Humboldt | 657 | 527 | Merced | 1547 | 538 | San Bernardino | 5567 | 61 | Siskiyou | 468 | 181 | | | |

(which provisions, identical in all counties, are printed on Page 3 hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

*Signature of Trustor* *Signature of Trustor*

Pamela Miller Ridley
Pamela Miller Ridley

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES } SS.

On August 7, 2008 before me, Howard R. Spanier, Notary Public, personally appeared Pamela Miller Ridley, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature]

FOR NOTARY SEAL OR STAMP

HOWARD R. SPANIER
Commission # 1590411
Notary Public - California
Los Angeles County
My Comm. Expires Jul 4, 2009

SSBI 300-2A RBV 1/08 (Part 15)
Page 2 of 2

08 1464385



Page 22

## EXHIBIT "A"

### LEGAL DESCRIPTION

Real property in the City of Malibu, County of Los Angeles, State of California, described as follows:

PARCEL 1:

A PARCEL OF LAND BEING A PORTION OF THE RANCHO TOPANGA MALIBU SEQUIT, IN THE CITY OF MALIBU, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS CONFIRMED TO MATTHEW KELLER BY PATENT RECORDED IN BOOK 1 PAGE 407 ET SEQ. OF PATENTS, RECORDS OF SAID COUNTY, PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTER LINE OF PRIVATE ROAD EASEMENT NO. 4, AS DESCRIBED IN THE DECLARATION OF EASEMENTS FILED FOR RECORD DECEMBER 11, 1945 AS INSTRUMENT NO. 45-2045, SAID POINT OF BEGINNING BEING SOUTH 87° 00' 00" EAST 893.76 FEET FROM THE NORTHWESTERLY EXTREMITY OF THAT CERTAIN CENTER LINE COURSE DESCRIBED IN SAID EASEMENT NO. 4 AS SOUTH 87° 00' 00" EAST 1581.70 FEET; THENCE FROM AFORESAID POINT OF BEGINNING SOUTH 3° 00' 00" WEST 415.66 FEET; THENCE SOUTH 87° 00' 00" EAST 112.00 FEET; THENCE NORTH 3° 00' 00" EAST 415.66 FEET TO A POINT IN AFORESAID CENTERLINE OF EASEMENT NO. 4; THENCE FOLLOWING SAID CENTER LINE NORTH 87° 00' 00" WEST 112.00 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED LAND IS SHOWN AS PARCEL 75 ON A RECORD OF SURVEY FILED IN BOOK 56 PAGES 29 TO 32 INCLUSIVE RECORDS OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL MINERALS, OIL, PETROLEUM, ASPHALTUM, GAS, COAL AND OTHER HYDROCARBON SUBSTANCES IN, ON, WITHIN AND UNDER SAID LANDS AND EVERY PART THEREOF, BUT WITHOUT SURFACE RIGHT OF ENTRY, AS RESERVED BY MARBLEHEAD LAND COMPANY, IN DEED RECORDED APRIL 19, 1946 IN BOOK 23036, PAGE 325 OF OFFICIAL RECORDS.

PARCEL 2:

EASEMENTS FOR INGRESS AND EGRESS APPURTENANT TO THE LANDS HEREIN CONVEYED OVER THOSE LANDS DESCRIBED AS EASEMENTS NO'S ONE (1) TO FIVE (5) INCLUSIVE, IN THAT CERTAIN INSTRUMENT DESIGNATED "DECLARATION OF EASEMENT BY MARBLEHEAD LAND COMPANY", WHEREIN GRANTOR HEREIN IS DECLARANT, FILED FOR RECORD DECEMBER 11, 1945 AS INSTRUMENT NO. 45-2045, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY. THESE EASEMENTS ARE GRANTED FOR THE PURPOSES SET FORTH IN SAID INSTRUMENT.

TOGETHER WITH EASEMENTS FOR PEDESTRIAN TRAVEL, BATHING OR RECREATIONAL PURPOSES APPURTENANT TO THE LANDS HEREIN CONVEYED OVER THOSE LANDS DESCRIBED AS EASEMENTS NO'S. ONE (1) TO SEVEN (7) INCLUSIVE IN THAT CERTAIN INSTRUMENT DESIGNATED "DECLARATION OF EASEMENT BY MARBLEHEAD LAND COMPANY", FILED FOR RECORD JANUARY 8, 1946 AS INSTRUMENT NO. 46-1319 IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY. THESE EASEMENT ARE GRANTED FOR PURPOSES SET FORTH IN SAID INSTRUMENT.

APN: 4466-018-006

**I certify under penalty of perjury that the foregoing is true and correct**

8/14/2008
Date

_____
California Hall Service
Ryan Reyes

Norwalk, Ca
Place of Execution

6

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

NAME Entrust Administration, Inc.
ADDRESS FBO 00392
CITY & STATE 555 12th Street Ste. 1250
Oakland, CA 94607

Title Order No. 3103578
Escrow No. 2264-SF
Assessor's Parcel No. 4466-018-006
Date August 7, 2008

08/14/08



**20081464385**

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust is made this Seventh day of August, 2008 between

**Pamela Miller Ridley, an unmarried woman,** herein called TRUSTOR,

whose address is 28860 Selfridge Drive, Malibu, CA. 94607,

**Danco, Inc., a California Corp.,** a California Corporation, herein called TRUSTEE, and

**Entrust Administration, Inc. FBO 00392** herein called BENEFICIARY.

**Witnesseth: Trustor IRREVOCABLY GRANTS, TRANSFERS, AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE,** that property in Los Angeles County, CA., described as:

Legal description is attached hereto and by this reference made a part hereof as Exhibit "A".

This Deed of Trust is given and accept— ion the express provision that should the property hereinbefore   ·d, or any part thereof, be conveyed or alienated by Trust·   luntarily or by operation of law, without Beneficiary's wri.   ·n all sums secured hereby shall, at Beneficiary's option   diately due and payable.

*[signature: Clarity Copy]*

INITIALS: _____ _____ _____

CONTINUED ON PAGE 2

SSSI 330A REV 1/08 (Port 36)
Page 1 of 3

*Page 25*

# SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

Page 2

| | |
|---|---|
| Title Order No. 3103578 | Escrow No. 2264-SF |
| Assessor's Parcel No. 4466-018-006 | Date August 7, 2008 |

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits

For the Purpose of Securing: 1 Performance of each agreement of Trustor incorporated by reference or contained herein 2 Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of **$500,000.00** executed by Trustor in favor of Beneficiary or order 3 Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured To Protect the Security of this Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby that provisions (1) to (14), inclusive of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Imperial | 1091 | 501 | Modoc | 184 | 851 | San Francisco | A332 | 905 | Solano | 1105 | 182 |
| Alpine | 1 | 250 | Inyo | 147 | 598 | Mono | 52 | 429 | San Joaquin | 2470 | 311 | Sonoma | 1851 | 689 |
| Amador | 104 | 348 | Kern | 3427 | 60 | Monterey | 2194 | 638 | San Luis Obispo | 1151 | 12 | Stanislaus | 1715 | 456 |
| Butte | 1145 | 1 | Kings | 792 | 833 | Napa | 639 | 86 | San Mateo | 4078 | 420 | Sutter | 572 | 297 |
| Calaveras | 145 | 152 | Lake | 362 | 39 | Nevada | 305 | 320 | Santa Barbara | 1878 | 860 | Tehama | 401 | 289 |
| Colusa | 296 | 617 | Lassen | 171 | 471 | Orange | 5889 | 611 | Santa Clara | 5336 | 341 | Trinity | 93 | 366 |
| Contra Costa | 3978 | 47 | Los Angeles | T2055 | 899 | Placer | 895 | 301 | Santa Cruz | 1431 | 494 | Tulare | 2294 | 275 |
| Del Norte | 78 | 414 | Madera | 810 | 170 | Plumas | 151 | 5 | Shasta | 684 | 538 | Tuolumne | 135 | 47 |
| El Dorado | 568 | 456 | Marin | 1508 | 339 | Riverside | 3005 | 523 | San Diego | Series 2 Book | | Ventura | 2062 | 386 |
| Fresno | 4626 | 572 | Mariposa | 77 | 292 | Sacramento | 4331 | 62 | | 1961, Page 183887 | | Yolo | 653 | 245 |
| Glenn | 422 | 184 | Mendocino | 579 | 530 | San Benito | 271 | 383 | Sierra | 29 | 335 | Yuba | 334 | 486 |
| Humboldt | 657 | 527 | Merced | 1547 | 538 | San Bernardino | 5567 | 61 | Siskiyou | 468 | 181 | | | |

(which provisions, identical in all counties, are printed on Page 3 hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length, that he will observe and perform said provisions, and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations and parties set forth in this Deed of Trust

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

_Signature of Trustor_                                    _Signature of Trustor_

Pamela Miller Ridley

STATE OF CALIFORNIA, COUNTY OF _____ } SS

On _____ before me, _____, Notary Public, personally appeared Pamela Miller Ridley, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature _____

FOR NOTARY SEAL OR STAMP

SSSI 330-2A REV 1/08 (Port 36)
Page 2 of 3